**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | | |
|---|---|---|
| In re: | * | |
| **MOHAMED EL RAFAEI,** | * | Case No: 20-12583-KHK |
| | * | Chapter 7 |
| Debtor. | * | |
| **H. JASON GOLD, Chapter 7 Trustee** | * | |
| **PLAINTIFF** | | |
| | * | AP No.: 22-01094 |
| v. | | |
| | * | |
| **ADEL S. KEBAISH, et al.** | | |

## ORDER

HAVING CONSIDERED H. Jason Gold's, Chapter 7 Trustee (the "Trustee"), *Motion for Entry of Judgment* ("Motion"), and seeing and hearing no opposition thereto, IT IS HEREBY ORDERED that the Motion is GRANTED, and that judgment in the amount of Three Thousand Dollars and No Cents ($3,000.00) shall be entered in favor of H. Jason Gold, Chapter 7 Trustee, against Adel S. Kebaish, Tysons LLC a/k/a Tyson's LLC, and Tysons 7787 LLC, jointly and severally with post judgment interest at the legal rate.

Apr 14 2025
Date

/s/ Klinette H Kindred
The Honorable Judge Klinette H. Kindred

Entered On Docket: Apr 15 2025

Charles B. Peoples, Esquire
Thomas, Thomas & Hafer, LLP
1025 Connecticut Ave., NW, Ste. 608
Washington, DC 20036
202-945-9501 (p)
202-945-9509 (f)
cpeoples@tthlaw.com
*Counsel for H. Jason Gold*

**WE ASK FOR THIS:**

*/s/ Charles B. Peoples*
Charles B. Peoples, Esquire
Virginia Bar No. 89981
Thomas, Thomas & Hafer LLP
1025 Connecticut Avenue NW, Suite 608
Washington, DC 20005
202-945-9501 (p)
202-945-9509 (f)
cpeoples@tthlaw.com
*Attorney for H. Jason Gold*


**SEEN AND OBJECTED TO:**

*/s/ Daniel Press*
Daniel Press, Esquire
Virginia Bar No. 37123
Chung & Press, PC
6718 Whittier Ave., #200
McLean, Virginia 22101
703-734-3800
dpress@chung-press.com
*Attorney for Defendants*

## **LOCAL RULE 9022-1(B) SERVICE LIST**

The following parties are to receive notice of entry of this Order:

Mohamed A. El Rafaei
9203 Old Courthouse Rd.
Vienna, VA 22182
*Debtor*

Jack Frankel
Office of the U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
*Counsel for the U.S. Trustee*

Daniel Press, Esquire
Chung & Press, PC
6718 Whittier Ave., #200
McLean, Virginia 22101
*Attorney for Defendants*

/s/ *Charles B. Peoples*
Charles B. Peoples, Esquire, VB No. 89981
Thomas, Thomas & Hafer, LLP
1025 Connecticut Avenue, NW, Suite 608
Washington, DC 20036
Phone: 202-945-9501
Cell: 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
Fax: 202-945-9509
cpeoples@tthlaw.com
*Counsel for H. Jason Gold*

**Local Rule 9022-1(C) Certification**

I obtained the endorsement of the foregoing Order from all necessary parties pursuant to Local Rule 9022-1(C).

/s/ *Charles B. Peoples*
Charles B. Peoples, Esquire, VB No. 89981
Thomas, Thomas & Hafer, LLP
1025 Connecticut Avenue, NW, Suite 608
Washington, DC 20036
Phone: 202-945-9501
Cell: 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
Fax: 202-945-9509
cpeoples@tthlaw.com
*Counsel for H. Jason Gold*

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY, on this 11th day of April, 2025, that the foregoing was electronically served on the following:

Dan Press
Chung & Press, PC
6718 Whittier Ave., #200
McLean, Virginia 22101
*Attorney for Defendants*

/s/ *Charles B. Peoples*
Charles B. Peoples, Esquire
Virginia Bar No. 89981
Thomas, Thomas & Hafer LLP
1025 Connecticut Avenue NW, Suite 608
Washington, DC 20005
202-945-9501 (p)
202-945-9509 (f)
cpeoples@tthlaw.com
*Attorney for Plaintiff*