# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
## (Alexandria Division)

| | | |
|---|---|---|
| In re: | * | |
| MOHAMED EL RAFAEI, | * | Case No: 20-12583-KHK |
| | | Chapter 7 |
| | * | |
| Debtor. | * | |
| _____ | | |
| H. JASON GOLD, Chapter 7 Trustee | * | |
| PLAINTIFF | | |
| | * | AP No.: 22-01094 |
| v. | | |
| | * | |
| ADEL S. KEBAISH, et al. | | |

## ORDER

HAVING CONSIDERED H. Jason Gold's, Chapter 7 Trustee (the "Trustee"), *Motion for Entry of Judgment* ("Motion"), and seeing and hearing no opposition thereto, IT IS HEREBY ORDERED that the Motion is GRANTED, and that judgment in the amount of Three Thousand Dollars and No Cents ($3,000.00) shall be entered in favor of H. Jason Gold, Chapter 7 Trustee, against Adel S. Kebaish, Tysons LLC a/k/a Tyson's LLC, and Tysons 7787 LLC, jointly and severally with post judgment interest at the legal rate.

Apr 14 2025
_____
Date

/s/ Klinette H Kindred
_____
The Honorable Judge Klinette H. Kindred

Entered On Docket: Apr 15 2025

Charles B. Peoples, Esquire
Thomas, Thomas & Hafer, LLP
1025 Connecticut Ave., NW, Ste. 608
Washington, DC 20036
202-945-9501 (p)
202-945-9509 (f)
cpeoples@tthlaw.com
*Counsel for H. Jason Gold*

**WE ASK FOR THIS:**

*/s/ Charles B. Peoples*
Charles B. Peoples, Esquire
Virginia Bar No. 89981
Thomas, Thomas & Hafer LLP
1025 Connecticut Avenue NW, Suite 608
Washington, DC 20005
202-945-9501 (p)
202-945-9509 (f)
cpeoples@tthlaw.com
*Attorney for H. Jason Gold*


**SEEN AND OBJECTED TO:**

*/s/ Daniel Press*
Daniel Press, Esquire
Virginia Bar No. 37123
Chung & Press, PC
6718 Whittier Ave., #200
McLean, Virginia 22101
703-734-3800
dpress@chung-press.com
*Attorney for Defendants*

## **LOCAL RULE 9022-1(B) SERVICE LIST**

The following parties are to receive notice of entry of this Order:

Mohamed A. El Rafaei
9203 Old Courthouse Rd.
Vienna, VA 22182
*Debtor*

Jack Frankel
Office of the U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
*Counsel for the U.S. Trustee*

Daniel Press, Esquire
Chung & Press, PC
6718 Whittier Ave., #200
McLean, Virginia 22101
*Attorney for Defendants*

/s/ *Charles B. Peoples*
Charles B. Peoples, Esquire, VB No. 89981
Thomas, Thomas & Hafer, LLP
1025 Connecticut Avenue, NW, Suite 608
Washington, DC 20036
Phone: 202-945-9501
Cell: 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
Fax: 202-945-9509
cpeoples@tthlaw.com
*Counsel for H. Jason Gold*

**Local Rule 9022-1(C) Certification**

I obtained the endorsement of the foregoing Order from all necessary parties pursuant to Local Rule 9022-1(C).

/s/ *Charles B. Peoples*
Charles B. Peoples, Esquire, VB No. 89981
Thomas, Thomas & Hafer, LLP
1025 Connecticut Avenue, NW, Suite 608
Washington, DC 20036
Phone: 202-945-9501
Cell: 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
Fax: 202-945-9509
cpeoples@tthlaw.com
*Counsel for H. Jason Gold*

**CERTIFICATE OF SERVICE**

I DO HEREBY CERTIFY, on this 11th day of April, 2025, that the foregoing was electronically served on the following:

Dan Press
Chung & Press, PC
6718 Whittier Ave., #200
McLean, Virginia 22101
*Attorney for Defendants*

                                                 */s/ Charles B. Peoples*
Charles B. Peoples, Esquire
Virginia Bar No. 89981
Thomas, Thomas & Hafer LLP
1025 Connecticut Avenue NW, Suite 608
Washington, DC 20005
202-945-9501 (p)
202-945-9509 (f)
cpeoples@tthlaw.com
*Attorney for Plaintiff*

United States Bankruptcy Court

Eastern District of Virginia

Gold,
    Plaintiff

Adv. Proc. No. 22-01094-KHK

Kebaish,
    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0422-9 | User: TaiGlennB | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 15, 2025 | Form ID: pdford9 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | Mohamed A. El Rafaei, 9203 Old Courthouse Rd., Vienna, VA 22182-2013 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | Apr 16 2025 02:30:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 17, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles Benjamin Peoples | on behalf of Plaintiff H. Jason Gold cpeoples@tthlaw.com |
| Daniel M. Press | on behalf of Defendant Tysons7787 LLC dpress@chung-press.com pressdm@gmail.com;danpress@recap.email |
| Daniel M. Press | on behalf of Defendant Adel S. Kebaish dpress@chung-press.com pressdm@gmail.com;danpress@recap.email |

| | | |
|---|---|---|
| District/off: 0422-9 | User: TaiGlennB | Page 2 of 2 |
| Date Rcvd: Apr 15, 2025 | Form ID: pdford9 | Total Noticed: 2 |

Daniel M. Press
                                 on behalf of Defendant Tysons LLC dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email

TOTAL: 4